IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EAST ST. LOUIS BRANCH NAACP, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>ILLINOIS STATE<br>BOARD OF ELECTIONS, *et al.*,<br><br><br><br>        Defendants. | Civil Action No. 1:21-cv-05512<br><br><br><br>**Circuit Judge Michael B. Brennan**<br>**Chief District Judge Jon E. DeGuilio**<br>**District Judge Robert M. Dow, Jr.**<br><br>**Three-Judge Court**<br>**Pursuant to 28 U.S.C. § 2284(a)** |

## DECLARATION OF ELIZABETH M. WRIGHT

I, Elizabeth M. Wright, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at the law firm of Cooley LLP, counsel for Plaintiffs Illinois State Conference of the NAACP and United Congress of Community and Religious Organizations in the above captioned action. I am admitted *pro hac vice* to practice before this Court in this matter. I am familiar with the proceedings in this case. I make the following statements based on personal knowledge of the facts and circumstances set forth herein.

2. I respectfully submit this declaration in support of Reply Brief in Support of Response to Defendants' Remedial House Legislative Map and in Support of Plaintiffs' Remedial Maps and to transmit true and correct copies of the following documents:

3. Exhibit A is a true and correct copy of House Resolution 443, which is available on the Illinois General Assembly website at the following address:

https://www.ilga.gov/legislation/102/HR/PDF/10200HR0443lv.pdf (last accessed December 1, 2021).

    4.    Exhibit B is a true and correct copy of a deposition transcript of Allan Lichtman dated January 5, 2002, in the matter *Campuzano v. Illinois State Board of Elections*.

    5.    Exhibit C is a true and correct copy of the transcript of the Joint Senate and House Committee Redistricting hearing, dated August 26, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2021, in Boston, Massachusetts.

        */s/ Elizabeth M. Wright*
        Elizabeth M. Wright