IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS STATE CONFERENCE OF THE NAACP and UNITED CONGRESS OF COMMUNITY AND RELIGIOUS ORGANIZATIONS,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS, WILLIAM J. CADIGAN, LAURA K. DONAHUE, IAN K. LINNABARY, CATHERINE S. MCCRORY, WILLIAM M. MCGUFFAGE, RICK S. TERVEN, SR., and CASANDRA B. WATSON, in their official capacities as members of the Illinois State Board of Elections, DON HARMON in his official capacity as President of the Illinois Senate, THE OFFICE OF THE PRESIDENT OF THE ILLINOIS SENATE, EMANUEL CHRISTOPHER WELCH, in his official capacity as Speaker of the Illinois House of Representatives, and THE OFFICE OF THE SPEAKER OF THE ILLINOIS HOUSE OF REPRESENTATIVES,<br><br>　　　　　Defendants. | **Civil Action No. 1:21-cv-05512**<br><br><br><br>**Circuit Judge Michael B. Brennan**<br>**Chief District Judge Jon E. DeGuilio**<br>**District Judge Robert M. Dow, Jr.**<br><br>**Three Judge Court Pursuant to 28 U.S.C. § 2284(a)** |

**NAACP/UCCRO PLAINTIFFS' REPLY IN RESPONSE TO DEFENDANTS'
RESPONSE TO PLAINTIFFS' JOINT NOTICE REGARDING REMEDIAL HEARING**

NAACP/UCCRO Plaintiffs respectfully submit this reply in response to Defendants' Response [Dkt. 164.] to Plaintiffs' Joint Notice Regarding Remedial Hearing [Dkt. 152].

Contrary to Defendants' assertions, nothing in NAACP/UCCRO's recent submissions go beyond the scope of a direct reply to the new material Defendants introduced in their November 24, 2021 Response [Dkt. 50] and November 29, 2021 Corrected Response [Dkt. 54]. Dr. Weichelt's alternative maps reflect adjustments made solely in direct rebuttal to: (1) the concerns

raised for the first time by Rep. Greenwood in her declaration [Dkt. 54-7]; (2) the arguments raised by Defendants in their response (even though NAACP/UCCRO disagrees with those arguments) that the liability and remedial maps must include mapping of areas outside the challenged district, relied upon by Defendants in their Response; and (3) to arguments raised by Dr. Lichtman in his expert report. [Dkt. 54-1]. Similarly, Dr. Collingwood's analysis of those maps is limited to Dr. Weichelt's adjustments or to other issues raised by Dr. Lichtman in his expert report [Dkt. 54-1]. Likewise, the fact witnesses' declarations submitted were solely in direct response to aspects of Rep. Greenwood's declaration. Because Rep. Greenwood's declaration introduced new issues into the case, NAACP/UCCRO's response to this necessarily responded to those issues. Defendants will have a full opportunity to explore Dr. Weichelt and Dr. Colingwood's Rebuttal Reports in their depositions.

      The Court has given the parties ample opportunity to brief the issues and develop the facts in this case, and that the Court can decide the case based on current submissions, oral argument on these submissions, and transcripts from the ongoing expert depositions. NAACP/UCCRO believe that there is no need for live testimony, but welcome the opportunity to answer any questions the Court may have after it reviews the record. In any event, NAACP/UCCRO request that any hearings be conducted virtually. If the Court believes additional briefing after the depositions have concluded and prior to the hearings would be beneficial, NAACP/UCCRO request that all parties have this same opportunity and that such briefing be simultaneous. In any event, NAACP/UCCRO believe that no additional evidence should be relied upon in such briefing, except what is contained in the deposition transcripts.

December 3, 2021

Respectfully submitted,

By: */s/ Matthew Kutcher*
Aneel L. Chablani (No. 6242658)
Ami Gandhi (No. 6282924)
Clifford Helm (No. 6319229)
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
100 N. LaSalle St., Ste. 600
Chicago, IL 60602
Telephone: (312) 630-9744
Facsimile: (312) 630-1127
E-mail: achablani@clccrul.org
E-mail: agandhi@clccrul.org
E-mail: chelm@clccrul.org

Jon M. Greenbaum
Ezra D. Rosenberg
James T. Tucker
Ryan R.T. Snow
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, N.W. Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
E-mail: jgreenbaum@lawyerscommittee.org
E-mail: erosenberg@lawyerscommittee.org
E-mail: jtucker@lawyersommittee.org
E-mail: rsnow@lawyerscommittee.org

Matthew L. Kutcher (No. 6275320)
COOLEY LLP
444 W Lake Street, Suite 1700
Chicago, IL 60606

Telephone: (312) 881-6500
Facsimile: (312) 881-6598
E-mail: mkutcher@cooley.com

Joseph M. Drayton (admitted *pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

E-mail:jdrayton@cooley.com

Elizabeth Wright (admitted *pro hac vice*)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
E-mail: ewright@cooley.com

*Counsel for Plaintiffs Illinois State Conference of the NAACP and United Congress of Community and Religious Organizations*