IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United Congress of Community and Religious Organizations, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> Illinois State Board of Elections, et al. <br><br> Defendant(s). | Case No. 21-cv-5512 <br> Judge Robert M. Dow |

### ORDER

As discussed on the record at yesterday's hearing, parties are to confer on whether sur-reply and sur-sur-replies limited to the previously identified issues [see 61] are needed; if so, they are directed to file a joint status report with an agreed briefing schedule concluding no later than 12/17/2021. If the panel identifies any additional questions that it would like the parties to address, it will identify those questions in a future minute entry. Plaintiffs' motion to file corrected exhibits [60] is granted. Legislative Defendants' motion to file corrected expert report [62] is granted. Finally, the panel reminds counsel to please file their power point slides from yesterday's hearing on the docket.

Date: 12/8/2021                                                           /s/ Judge Dow