# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

NAACP East St. Louis Branch, et al.

Plaintiff(s),

v.

Illinois State Board of Elections, et al.

Defendant(s).

Case No. 21-cv- 5512
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

**X** other: Judgment is entered under Federal Rule of Civil Procedure 58 as follows: in favor of all Defendants and against all Plaintiffs on all claims in the complaint [1].

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
**X** tried by Three Judge Panel and the above decision was reached.
☐ decided by Judge       on a motion

Date: 12/30/2021                    Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk